USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _9/2/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.B. and W.B., individually and on behalf of their minor child, W.B.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 5392 (AT)

**ORDER**

ANALISA TORRES District Judge:

On July 2, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by August 31, 2026. *See* ECF No. 7. The Court has received no submissions. Although the Court previously adjourned Defendant's time to answer or otherwise respond to the complaint to October 15, 2026, it did not modify other deadlines. *See* ECF No. 11. Accordingly, by **October 15, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ANALISA TORRES
United States District Judge